

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-20-00564-CR

Isidro **RAMOS** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9685
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The State has filed a motion to supplement the clerk's record, stating that certain pleadings were missing from the record. However, the items referred to by the State are included in the clerk's record. Therefore, the State's motion to supplement the clerk's record is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court